

# Jacob Laufer, P.C.

JACOB LAUFER *

SHULAMIS PELTZ
MARK ELLIS
AKIVA GOLDBERG
MERYL J. GOLDBERG

* Also admitted in the District of Columbia

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-6-24

December 5, 2024

Hon. Lewis A. Kaplan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:   *Forefront Management, et al. v.*
             *Vergilis-Kalner, et al.*, 24-cv-08189 (LAK)

Dear Judge Kaplan:

     We represent all Defendants in the above referenced matter and write jointly with Plaintiffs' counsel to address the Court's November 4, 2024 Order re Scheduling and Initial Pretrial Conference, which made reference to a December 11 scheduling conference.

     Given Defendants' waiver of service, their response to the Complaint is currently due on Jan 3, 2025. We believe that a conference would be far more effective and better informed after Defendants' response to the Complaint.

     Therefore, we respectfully ask the Court to adjourn the anticipated conference to a date thereafter that is convenient to the Court. There has been no previous request for an adjournment in this case.

*The 12/11/24 conference is adjourned until 2:30 pm 1/6/25*

SO ORDERED

/s/ LEWIS A. KAPLAN, USDJ 12/6/24

Very truly yours,

*Jacob Laufer*

Jacob Laufer

cc: Andrew Shelby, Esq.
    Attorney for Plaintiffs (via ECF)

65 Broadway, Suite 1005, New York, NY 10006 | **T** (212) 422-8500 | **F** (212) 422-9038 | www.lauferlaw.com