```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
FOREFRONT MANAGEMENT LLC, et al.,

                            Plaintiffs,

              -against-                                    24-cv-8189 (LAK)

IRENE J. VERGILIS-KALNER, et al.,

                            Defendants.
------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/25

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      The Court will hear oral argument on the defendants' pending motion to dismiss the amended complaint at April 2, 2025 at 11 a.m. in Courtroom 21B.

      SO ORDERED.

Dated:    March 18, 2025

                                                    Lewis A. Kaplan
                                           United States District Judge